UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FORT MYERS FIRST CHURCH
OF THE NAZARENE, INC.,

    Plaintiff,

v.                                          Case No.:  2:21-cv-113-SPC-NPM

CHURCH MUTUAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is a sua sponte review of the case.  In late 2021, the parties mediated to an impasse.  Then, their discovery and dispositive motion deadlines expired without any motion practice.  So as the Court understands it, this case is moving towards trial.  And the Court will set a status conference.

Accordingly, it is now **ORDERED:**

The Clerk is **DIRECTED** to **SET** this case for a status conference under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on February 7, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record